*John Atkinson* for the motion.

---

## STEPHEN W. DUNCOMBE, ADM'R v. JAMES S. RICHARDS ET UX.
[See 46 Mich. 166.]

*Commissioners' fees—Taxation of costs.*

Commissioners' fees should be taxed in the lower court; and should not be taxed in gross.

Charges for copy and for the testimony of a party should not be allowed in taxing costs except upon a proper affidavit of disbursements.

Mandamus to compel re-taxation of costs. Motion submitted on papers January 4, 1881. Decided January 5.

PER CURIAM. *Mandamus.* The taxation of commissioners' fees in gross was improper. Besides they should have been taxed in the court below. The charges for briefs, if the several amounts were not too large, may stand. The charges of $10 for copy and $10 for testimony of Richards should only have been allowed on a proper affidavit of disbursements.

Matter referred back to taxing officer.